Maro Burunsuzyan, Esq., (SBN: 175369)
marob@marolaw.com
David L Scott, Esq., (SBN: 160236)
davids@marolaw.com
LAW OFFICES OF MARO BURUNSUZYAN
A Professional Law Corporation
800 North Brand Boulevard, 8th Floor
Glendale, CA 91203
Telephone: (818) 507-5188
Facsimile: (818) 507-5199

Attorneys for Plaintiffs
Kexin Tang, James Robertson and the Proposed Class

SHOOK, HARDY & BACON L.L.P.
Mark D. Campbell (SBN: 180528)
mdcampbell@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (424) 285-8330 | Fax: (424) 204-9093

Katherine Segarini-Jeffries (SBN: 334834)
ksegarini@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY ET AL.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEXIN TANG, an individual; RYAN JAMES ROBERTSON, an individual; and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; ALLSTATE NORTHBROOK INDEMNITY COMPANY, *et al.* <br><br> Defendants. | Case No. 2:25-cv-09734 <br><br> ~~[PROPOSED]~~ **ORDER GRANTING JOINT STIPULATED PROTECTIVE ORDER** <br><br> Action Filed: September 5, 2025 <br><br> *Hon. John F. Walter* |

Upon consideration of the papers filed herewith, Plaintiffs Kexin Tang and Ryan James Robertson and Defendant Allstate Northbrook Indemnity Company's joint stipulated protective order is hereby GRANTED.

IT IS SO ORDERED.

Dated: 2/5/2026

_____
Honorable Charles F. Eick
United States Magistrate Judge